In the Matter of the Application for the Disbarment of Roger Charles HENNINGS, an Attorney at Law of the State of Minnesota.

No. 48975.

Supreme Court of Minnesota.

May 26, 1978.

## ORDER SUSPENDING ATTORNEY FROM PRACTICE

Pursuant to a stipulation of the parties, a copy of which is attached hereto, Roger Charles Hennings, an attorney at law, is herewith suspended from the practice of law in the State of Minnesota until further order of the court.

R. Walter Bachman, Jr., Administrative Director on Professional Conduct, Lawyers Professional Responsibility Bd., St. Paul, for appellant.

Thomas G. Rowe, St. Paul, for respondent.

## ORDER SUSPENDING FROM PRACTICE OF LAW

This matter is before the court on the petition of the Administrative Director of the Lawyers Professional Responsibility Board for the immediate suspension from the practice of law of Harold James Iverson.

It appearing to the court that a copy of the petition for disciplinary action and for immediate suspension has been mailed to the respondent's three last known addresses, and that he cannot be found in the State of Minnesota, and his place of residence is unknown,

IT IS ORDERED that Harold James Iverson be and hereby is suspended from the practice of law in the State of Minnesota pending a final disposition in these disciplinary proceedings.